UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 2:25-11051 ODW (RAO) | Date: | December 22, 2025 |
| Title: | Eloy Marin Saucedo v. Kristi Noem, et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Eddie Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE Regarding Dismissal**

On November 18, 2025, Petitioner Eloy Marin Saucedo ("Petitioner") filed a Petition for Writ of Habeas Corpus against Respondents Kristi Noem, Secretary of the Department of Homeland Security; U.S. Attorney General Pam Bondi; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; David Marin, Adelanto ICE Field Office Director; and Executive Office for Immigration Review ("Respondents"). Dkt. No. 1, Petition ("Pet."). Also on November 18, 2025, Petitioner filed an Ex Parte Application for Temporary Restraining Order, seeking an order requiring Respondents to release him from custody or provide him with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days; enjoining Respondents from relocating him outside the Central District of California pending resolution of this case; and ordering Respondents to show cause why a preliminary injunction should not issue. Dkt. No. 3.

On November 20, 2025, the Court granted Petitioner's Application and issued an order enjoining Respondents from continuing to detain Petitioner unless they provided him with an individualized bond hearing before an immigration judge pursuant to Section 1226(a) within seven days of the order. Dkt. No. 8. The Court also ordered Respondents to show cause in writing within five days of the order as to why the Court should not issue a preliminary injunction. *Id*.

On November 25, 2025, Respondents filed a Response to the November 20, 2025 order to show cause, providing a copy of an order from the immigration judge showing Petitioner had received a bond hearing and the immigration judge released Petitioner on a $3,500 bond. Dkt. No. 9, 9-1. Respondents argued in their Response that provision of a Section 1226(a) bond hearing to Petitioner mooted the request for a preliminary junction and the habeas petition generally. Dkt. No. 9 at 2.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 2:25-11051 ODW (RAO)              Date:  December 22, 2025
Title:  Eloy Marin Saucedo v. Kristi Noem, et al.

On November 26, 2025, the Court denied as moot Petitioner's request for a preliminary injunction in light of Respondents' representation that Petitioner was provided a bond hearing and the immigration judge had granted Petitioner bond.  Dkt. No. 10.

The relief requested in the Petition is a bond hearing on the merits or release from custody.  Pet. at 14.  Given that Petitioner has received a determination on the merits of his bond request by an immigration judge, it appears this case is moot.  Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** in writing no later than seven (7) days of this order as to why the Court should not dismiss the Petition as moot.  Respondents may file a Response no later than ten (10) days from the date of this order.

**IT IS SO ORDERED.**

                                                                                         ____ : ____
                                                            Initials of Preparer    er